# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

|  |  |
|---|---|
| TIMOTHY S. BURNS, | : No. 140 WAL 2015 |
| Petitioner | : |
| v. | : Petition for Allowance of Appeal from |
|  | : the Order of the Commonwealth Court |
| BLAIR COUNTY, PENNSYLVANIA; TERRY TOMASSETTI, DIANE L. MELING AND TED BEAM, JR., IN THEIR CAPACITIES AS COMMISSIONERS OF BLAIR COUNTY, PENNSYLVANIA; OFFICE OF THE SHERIFF FOR BLAIR COUNTY, PENNSYLVANIA; MITCHELL COOPER A/K/A MITCH COOPER, IN HIS CAPACITY AS SHERIFF OF BLAIR COUNTY, PENNSYLVANIA; THE PRISON BOARD FOR BLAIR COUNTY, PENNSYLVANIA;  HON. DANIEL J. MILLIRON, JUDGE OF THE COURT OF COMMON PLEAS OF BLAIR COUNTY, PENNSYLVANIA, RICHARD CONSIGLIO, DISTRICT ATTORNEY FOR BLAIR COUNTY, PENNSYLVANIA, TERRY TOMASSETTI, DIANE L. MELING AND TED BEAM, JR., COMMISSIONERS FOR BLAIR COUNTY, PENNSYLVANIA, RICHARD J. PEO, CONTROLLER FOR BLAIR COUNTY, PENNSYLVANIA, AND MITCHELL COOPER A/K/A MITCH COOPER, SHERIFF OF BLAIR COUNTY, PENNSYLVANIA, ALL IN THEIR CAPACITIES AS MEMBERS OF THE PRISON BOARD FOR BLAIR COUNTY, PENNSYLVANIA, DAVID JACOBS, CHRIS ROSENBERRY AND HOLLY GARNER, IN THEIR CAPACITIES AS DEPUTY SHERIFFS FOR BLAIR COUNTY, PENNSYLVANIA; OFFICE OF THE DISTRICT ATTORNEY OF BLAIR COUNTY, PENNSYLVANIA; AND | : |

RICHARD A. CONSIGLIO, IN HIS      :
CAPACITY AS DISTRICT ATTORNEY     :
FOR BLAIR COUNTY, PENNSYLVANIA    :

## ORDER

**PER CURIAM**

  **AND NOW**, this 7th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.